**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Hazel Griffith,**
    **Plaintiff**

**-vs-**           Case No.  1:04-cv-238

**Javitch, Block & Rathbone,
LLP, et al.,**
    **Defendants**

# JUDGMENT

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED that** defendant's motion for reconsideration of this Court's prior Order is **GRANTED**, nunc pro tunc 3/30/2007.

Date:  July 12, 2007          James Bonini, Clerk

         By:  s/Mary C. Brown
             Mary C. Brown, Deputy Clerk